

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-12-00378-CR

Trial Court Cause
Number:     1749885

Style:     Christopher Hedlund

**v** The State of Texas

Date motion filed[*]:     April 8, 2013

Type of motion:     Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:     Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

     Original due date:     December 27, 2012

     Number of previous extensions granted:     2

     Date Requested:     April 29, 2013

Ordered that motion is:

     ☒  Granted

          If document is to be filed, document due:  April 29, 2013

          ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

          ☐ The Court will not grant additional motions to extend time.

     ☐  Denied

     ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐  Other: _____

Judge's signature: /s/ Chief Justice Sherry Radack
          ☐ Acting individually    ☐ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date: April 17, 2013